# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ANDREW RUSSELL,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) **Civil Action No. 1:16-cv-04578-SCJ** |
| **EGG SYSTEMS SOUTHEAST INCORPORATED AND JOSEPH EGG,** | ) ) ) **JURY TRIAL DEMANDED** ) |
| **Defendants.** | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-styled action shall be dismissed with prejudice by Plaintiff, each party to bear its own costs and fees.

Respectfully submitted this 30th day of August, 2017.

| | |
|---|---|
| */s/ Chandra C. Davis* | */s/ Andrew Weiner* |
| Chandra C. Davis | Andrew Weiner |
| Georgia Bar No. 141801 | Georgia Bar No. 808278 |

1

cdavis@theemploymentlawsolution.com
MCFADDEN DAVIS, LLC
1100 Peachtree St., NE
Suite 200
Atlanta, GA  30309
Tel:  (678) 424-1380
Fax: (404) 393-9577

Attorney for Defendants

aw@atlantaemployeelawyer.com
THE WEINER LAW FIRM LLC
3525 Piedmont Road, 7 Piedmont Ctr. 3rd Fl.
Atlanta, GA 30305
Telephone: (404) 254-0842
Facsimile (866) 800-1482

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW RUSSELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:16-cv-04578-SCJ |
| EGG SYSTEMS SOUTHEAST INCORPORATED AND JOSEPH EGG, | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 30, 2017, he electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE, with the Clerk of Court using the CM/ECF System which will automatically send e-mail notification of all attorneys of record.

*/s/ Andrew Weiner*
Counsel for Plaintiff

3